**Muhammad PARVEZ, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–70161.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 8, 2010.

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Alan M. Kaufman, Kaufman & Kaufman, San Francisco, CA, for Petitioner.

Terri Leon Benner, Margaret A. O'Donnell, Patricia A. Smith, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Muhammad Parvez, a native and citizen of Pakistan, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") order finding Parvez removable and denying his application under 8 U.S.C. § 1186a(c)(4)(B) for waiver of the joint-filing requirement to remove the conditional basis of his lawful permanent resident status. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's denial of the waiver, *Oropeza–Wong v. Gonzales*, 406 F.3d 1135, 1147 (9th Cir.2005), and we deny the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The IJ found Parvez not credible based on inconsistencies between Parvez and his ex-wife's testimony regarding the nature and number of their marriage ceremonies and the consummation of their marriage. Because these inconsistencies go to the heart of whether the marriage was entered into in good faith, substantial evidence supports the denial of Parvez's waiver application. *See id.* at 1148.

## PETITION FOR REVIEW DENIED.